# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ26-204 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MAURICIO JOSE ALVARENGA-RAMOS, | |
| Defendant. | |

The following Minute Order is made at the direction of the Court, by the Honorable Michelle L. Peterson, United States Magistrate Judge: On Thursday, April 2, 2026, Defendant Alvarenga-Ramos was ordered released on an Appearance Bond. The Government represented an appeal of the release would be filed in the District of Alaska in case number 3:14-cr-00041-TMB-MMS-1, from which this Rule 5 matter originated, and requested the bond be stayed until 4:00pm on April 3, 2026 to give the USAO in Alaska time to file its appeal. The appeal was filed at 12:51pm on April, 3, 2026.

MINUTE ORDER - 1

Accordingly, the order of release on appearance bond shall remain STAYED until the District Court in Alaska rules on the pending appeal.

Dated this 3rd day of April, 2026.

JOSHUA C. LEWIS
Clerk

s/T. Farrell
Deputy Clerk

MINUTE ORDER - 2